```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,   )
                            )
        v.                  ) Criminal No. 06-182
                            )
KEVIN HARRIS,               )
        Defendant.          )

## ORDER

AND NOW, this 7th day of February, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered May 23, 2006, IT IS HEREBY ORDERED that a hearing on the defendant's change of plea is set for Friday, February 16, 2007 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(I), the period of time from the date of this order to the entry of defendant's plea shall be deemed excludable delay.

                              BY THE COURT:

                              s/Gary L. Lancaster
                              Gary L. Lancaster,
                              United States District Judge

cc:   Charles A. Eberle,
      Assistant United States Attorney

      Brian D. Aston, Esquire
      117 North Main Street
      Greensburg, PA 15601

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation