```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,    )
                             )
     vs.                     )     Criminal  No.  06-182
                             )
KEVIN HARRIS,                )
     Defendant.              )

<u>ORDER</u>

AND NOW, this 13th day of February, 2005, IT IS HEREBY ORDERED that the hearing on defendant's change of plea, scheduled for February 16, 2007, will now be held before the undersigned on <u>Friday, March 9, 2007 at 9:30 a.m.</u>.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay resulting from this continuance shall be excluded in computing the time within which the trial of the above-captioned action must commence, because the court concludes that the ends of justice served by granting the extension of time outweigh the interests of the public and defendant in a speedy trial.

BY THE COURT:

<u>s/Gary L. Lancaster</u>
Gary L. Lancaster,
United States District Judge

cc:  Charles A. Eberle,
     Assistant United States Attorney

     Brian D. Aston, Esquire
     117 North Main Street
     Greensburg, PA 15601

     U.S. Marshal

     U.S. Pretrial Services

     U.S. Probation