IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | Criminal No. 06-182 |
| | ) | |
| KEVIN HARRIS | ) | |

### ORDER OF COURT

AND NOW, this 15th day of December 2007, upon consideration of the foregoing Motion to File Memorandum in Mitigation of Sentence Under Seal, it is hereby ORDERED that said Motion is GRANTED. Defendant's Memorandum in Mitigation of Sentence will be filed under seal. Only counsel of record and the Court shall be permitted to view and utilize the Memorandum in Mitigation of Sentence. It is further ORDERED that Defendant's Memorandum in Mitigation of Sentence shall remain sealed until further Order of Court.

Gary L. Lancaster
United States District Judge